Daniel C. Green (ISB#: 3213)
Heidi Buck Morrison (ISB#: 9396)
RACINE, OLSON, NYE,
& BUDGE, CHARTERED
P.O. Box 1391
Pocatello, Idaho 83204
Phone: (208)232-6101
Fax: (208) 232-6109
dan@racinelaw.net
hbm@racinelaw.net

*Attorneys for Gary L. Rainsdon*

UNITED STATES BANKRUPTCY COURT

DISTRICT OF IDAHO

| In re: | Case No. 17-40477-JMM |
|---|---|
| LANAE LYNN KAUFFMAN, | (Chapter 7) |
| Debtor. | |

**APPLICATION FOR COMPENSATION AND REIMBURSEMENT
OF EXPENSES BY TRUSTEE'S ATTORNEY**

---

<u>No objection</u>.  The Court may consider this request for an order without further notice of hearing unless a party in interest files an objection within twenty-one [21] days of the date of this notice.

If an objection is not filed within the time permitted, the court may consider that there is no opposition to the granting of the requested relief and may grant the relief without further notice or hearing.

<u>Objection</u>.  Any objection shall set out the legal and/or factual basis for the objection.  A copy of the objection shall be served on the movant.

<u>Hearing on Objection</u>.  The objecting party shall also contact the court's calendar clerk to schedule a hearing on the objection and file a separate notice of hearing.

**APPLICATION FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES BY TRUSTEE'S ATTORNEY –
Page 1**

COME NOW Racine Olson Nye & Budge, Chartered, ("Applicant") and respectfully represents to the Court as follows:

1. Applicant has acted as attorney for Gary L. Rainsdon, the duly appointed and acting trustee in the above entitled proceeding which was filed on May 29, 2017. Applicant was employed under authority of an Order of this Court dated December 12, 2017.

2. Applicant has since performed valuable services for said Trustee and the estate of the above-named Debtors on an agreed hourly rate basis, the nature and extent of such services being described more fully in the Detail Fee Transaction List, a copy of which is attached hereto and incorporated herein by reference.

3. The value of said services described above is as follows: $1,150.00. Said rate charged is less than or equal to rates Applicants charge non-bankruptcy clients for similar services.

4. All the services for which compensation is requested by Applicant were performed for and on behalf of the Trustee and not on behalf of any committee, creditor or other persons. Each attorney and paraprofessional involved in the services for which compensation is requested are specifically identified in Exhibit "B." A narrative summary of professional fees and expenses is attached hereto as Exhibit "C." A "Nature and Extent of Services Provided" summary is attached hereto as Exhibit "D."

5. Because of said services rendered by Applicant, the Debtor's estate has been benefitted as Applicant was employed to assist the Trustee in redeeming the Debtor's deceased husband's equity ownership balance in Land O'Lakes, Inc.

6. Applicant certifies that the Trustee has reviewed the requested compensation and reimbursement of expenses and has approved the same.

WHEREFORE, Applicant prays that the Trustee be ordered and authorized to pay the sum of $1,150.00 as and for compensation for services rendered as attorney for the Trustee, or such amount as to the Court may seem reasonable and just, and the sum of $0.00 as and for reimbursement for expenses incurred by your Applicants, for a total of $1,150.00, for final compensation, as part of the costs and expenses of the administration of the above Debtor's estate.

DATED this 15th day of August, 2018.

RACINE OLSON NYE
& BUDGE, CHARTERED


By:/s/ Daniel C. Green
DANIEL C. GREEN

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 15th day of August, 2018, I served a copy of the foregoing on CM/ECF Registered Participants as reflected below:

trustee@filertel.com
id12@ecfcbis.com
grainsdon@ecf.eqipsystems.com
tinal@filertel.com

Alexandra Caval
alex@cavallawoffice.com

U.S. Trustee
ustp.region18.bs.ecf@usdoj.gov


Additionally, a copy of the foregoing was served on the parties listed in the attached mailing matrix and on the following parties by first class mail, postage prepaid, addressed to:

LaNae Lynn Kauffman
2097 E 3800 N
Filer, ID 83328


/s/ Daniel C. Green
DANIEL C. GREEN

**APPLICATION FOR COMPENSATION AND REIMBURSEMENT OF FEES BY TRUSTEE'S ATTORNEY – Page 3**